"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MARCO ANTONIO ALCANTARA-PINEDA, <br> Defendant. | Case No.: SACR 02-314 DOC <br><br> ORDER OF DETENTION |

**I.**

A.   ( )   On motion of the Government in a case allegedly involving:

1. ( )   a crime of violence.

2. ( )   an offense with maximum sentence of life imprisonment or death.

3. ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

4. ( )   any felony - where defendant convicted of two or more prior offenses described above.

5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

| | | | |
|---|---|---|---|
| B. | (X) | On motion by the Government and on(X) on Court's own motion, in a case allegedly involving: | |
| | (X) | On the further allegation by the Government of: | |
| | | 1. (X) a serious risk that the defendant will flee. | |
| | | 2. ( ) a serious risk that the defendant will: | |
| | | a. ( ) obstruct or attempt to obstruct justice. | |
| | | b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so. | |
| C. | The Government ( ) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community. | | |

## II.

A. (X) The Court finds that no condition or combination of conditions will reasonably assure:
 1. (X) the appearance of the defendant as required.
   ( ) and/or
 2. ( ) the safety of any person or the community.
B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. (X) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. (X) the weight of evidence against the defendant;

C.  (X)  the history and characteristics of the defendant; and

D.  (X)  the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report and related recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

As to flight risk:  The fact that Defendant absconded by failing to surrender to the custody of the Bureau of Prisons after sustaining his underlying conviction and sentence for alien smuggling.

### VI.

A.  IT IS THEREFORE ORDERED the pretrial release order is revoked and Defendant is committed to the custody of the United States Marshal for immediate transfer to the Bureau of Prisons.

DATED:  May 23, 2008                       _____/ s /_____
                                           ARTHUR NAKAZATO
                                           UNITED STATES MAGISTRATE JUDGE